UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

WESTERN DIVISION

FADEEL SHUHAIBER                         )

     PLAINTIFF                          )

    VS.                                  )          CASE #

BILL PRIM                                )

DANIEL SITKIE                            )

MCHENRY COUNTY SHERIFF

OFFICER ADAM SARACCO

OFFICER MICHAEL LANDWEIER

WELPATH HEALTH

     DEFENDANT(S)                       )

**RECEIVED**

NOV 19 2020

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

**20 cv 50454**
**Judge Philip G. Reinhard**
**Magistrate Judge Lisa A. Jensen**

CHECK ONLY ONE:

✓    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983

     U.S. CODE (STATE, COUNTY, OR MUNICIPAL DEFENDANTS)

✓    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE

     28 SECTION 1331 U.S. CODE (FEDERAL DEFENDANTS)

     OTHER (CITE STATUE, IF KNOWN)

BEFORE FILING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

## I.    PLAINTIFF(S):

A. NAME: FADEEL SHUHAIBER

B. LIST ALL ALIASES: N/A

C. PRISONER IDENTIFICATION NUMBER: A-209957429 / ID: 143791

D. PLACE OF PRESENT CONFINEMENT: MCHENRY COUNTY JAIL

E. ADDRESS:     2200 NORTH SEMINARY AVENUE

WOODSTOCK, IL 60098

## II.    DEFENDANT(S):

A. DEFENDANT: MCHENRY COUNTY sheriff
    TITLE: COUNTY SHERIFF

PLACE OF EMPLOYMENT: MCHENRY COUNTY, ILLINOIS

B. DEFENDANT: WELLPATH HEALTH

TITLE: MEDICAAL SERVICE PROVIDER

PLACE OF EMPLOYMENT: MCHENRY COUNTY JAIL

C. DEFENDANT: DANIEL SITKIE

TITLE:   CHIEF OF SHERIFF

PLACE OF EMPLOYMENT: MCHENRY COUNTY SHERIFF

D. DEFENDANT: BILL PRIM

TITLE: CHIEF OF CORRECTIONS

PLACE OF EMPLOYMENT: MCHENRY COUNTY SHERIFF

E. DEFENDANT: OFFICER ADAM SARACCO

TITLE: DEPORTATION OFFICER

PLACE OF EMPLOYMENT: ICE

F. DEFENDANT: OFFICER MICHAEL LANDEIERR

TITLE: DEPORTATION OFFICER

PLACE OF EMPLOYMENT: ICE

### III. LIST ALL LAWSUITS YOU HAVE FILED IN ANY STATE OF FEDERAL COURT IN THE UNITED STATES:

A- NAME OF CASE AND DOCKET NUMBER: 1:17-CV-5331

B- APPROXIMATE DATE OF FILING LAWSUIT: JULY17,2017

C- LIST ALL PLAINTIFFS: FADEEL SHUHAIBER

D- LIST ALL DEFENDANTS: TOM DART ET,AL;,

E- COURT IN WHICH THE LAWSUIT WAS FILED: USDC - NORTHERN DISTRICT

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: JUDGE EDMOND E CHANG

G- BASIC CLAIM MADE: DENIAL OF MEDICAL TREATMENT AFTER ATTACK BY HARRIS

H- DEPOSITION: PENDING

I- APPROXIMATE DATE OF DEPOSITION: N/A

A- NAME OF CASE AND DOCKET NUMBER: 17CV5760

B- APPROXIMATE DATE OF FILING LAWSUIT: JULY 2017

C- LIST ALL PLAINTIFFS: FADEEL SHUHAIBER

D- LIST ALL DEFENDANTS: TOM DART ET AL; .

E- COURT IN WHICH THE LAWSUIT WAS FILED: USDC NORTHERN DISTRICT

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: EDMOND E. CHANG

G- BASIC CLAIM MADE: WHEELCHAIR ISSUES

H- DEPOSITION: ADMINISTRATIVELY CLOSED

I- APPROXIMATE DATE OF DEPOSITION: 2018

A- NAME OF CASE AND DOCKET NUMBER: 17CV5768

B- APPROXIMATE DATE OF FILING LAWSUIT: AUGUST 2017

C- LIST ALL PLAINTIFFS: FADEEL SHUHAIBER

D- LIST ALL DEFENDANTS: TOM DART ET AL ;.

E- COURT IN WHICH THE LAWSUIT WAS FILED: USDC NORTHERN DISTRICT

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: EDMOND E. CHANG

G- BASIC CLAIM MADE: CLAIM ON SUPERINTENDENT

H- DEPOSITION: DISMISSED WITH PREJUDICE

I- APPROXIMATE DATE OF DEPOSITION: 2018


A- NAME OF CASE AND DOCKET NUMBER: 17 CV 8438

B- APPROXIMATE DATE OF FILING LAWSUIT: 2018

C- LIST ALL PLAINTIFFS: FADEEL SHUHAIBER

D- LIST ALL DEFENDANTS: STATE OF ILLINOIS

E- COURT IN WHICH THE LAWSUIT WAS FILED: COURT OF APPEALS, 7TH CIRCUIT

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: EDMOND E. CHANG

G- BASIC CLAIM MADE: APPEAL

H- DEPOSITION: DISMISSED

I- APPROXIMATE DATE OF DEPOSITION: 2018


A- NAME OF CASE AND DOCKET NUMBER: 17CV9320

B- APPROXIMATE DATE OF FILING LAWSUIT: 2018

C- LIST ALL PLAINTIFFS: FADEEL SHUHAIBER

D- LIST ALL DEFENDANTS: STATE OF ILLINOIS

E- COURT IN WHICH THE LAWSUIT WAS FILED: COURT OF APPEALS, 7TH CIRCUIT

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: EDMOND E. CHANG

G- BASIC CLAIM MADE: APPEAL

H- DEPOSITION: DISMISSED

I- APPROXIMATE DATE OF DEPOSITION: 2019


A- NAME OF CASE AND DOCKET NUMBER: 18CV01301

B- APPROXIMATE DATE OF FILING LAWSUIT: 2018

C- LIST ALL PLAINTIFFS: FADEEL SHUHAIBER

D- LIST ALL DEFENDANTS: TOM DART ET AL ; .

E- COURT IN WHICH THE LAWSUIT WAS FILED: USDC  NORTHERN DISTRICT

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED:EDMOND E. CHANG

G- BASIC CLAIM MADE: DISABILITY ISSUES

H- DEPOSITION: PENDING

I- APPROXIMATE DATE OF DEPOSITION: PENDING


A- NAME OF CASE AND DOCKET NUMBER: 18 CV 01305

B- APPROXIMATE DATE OF FILING LAWSUIT: 2018

C- LIST ALL PLAINTIFFS: FADEEL SHUHAIBER

D- LIST ALL DEFENDANTS: IDOC

E- COURT IN WHICH THE LAWSUIT WAS FILED: USDC NORTHERN DISTRICT

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: EDMOND E. CHANG

G- BASIC CLAIM MADE: DENIAL OF KOSHER

H- DEPOSITION: PENDING

I- APPROXIMATE DATE OF DEPOSITION: PENDING


A- NAME OF CASE AND DOCKET NUMBER: 18 CV 01306

B- APPROXIMATE DATE OF FILING LAWSUIT: 2018

C- LIST ALL PLAINTIFFS: FADEEL SHUHAIBER

D- LIST ALL DEFENDANTS: TOM DART ET AL ; .

E- COURT IN WHICH THE LAWSUIT WAS FILED: USDC NORTHERN DISTRICT

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: EDMOND E. CHANG

G- BASIC CLAIM MADE: INADEQUATE MEDICAL TREATMENT FOR DIABETES

H- DEPOSITION: PENDING

I- APPROXIMATE DATE OF DEPOSITION: PENDING


A- NAME OF CASE AND DOCKET NUMBER: 18 CV 01370

B- APPROXIMATE DATE OF FILING LAWSUIT: 2018

C- LIST ALL PLAINTIFFS: FADEEL SHUHAIBER

D- LIST ALL DEFENDANTS: DR. SOOD STE AL ; .

E- COURT IN WHICH THE LAWSUIT WAS FILED: USDC NORTHERN DISTRICT

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: EDMOND E. CHANG

G- BASIC CLAIM MADE: CELIAC DISEASE

H- DEPOSITION: PENDING

I- APPROXIMATE DATE OF DEPOSITION: PENDING


A- NAME OF CASE AND DOCKET NUMBER: 18 CV 01371

B- APPROXIMATE DATE OF FILING LAWSUIT: 2018

C- LIST ALL PLAINTIFFS: FADEEL SHUHAIBER

D- LIST ALL DEFENDANTS: GONZALES ET AL ; .

E- COURT IN WHICH THE LAWSUIT WAS FILED: USDC NORTHERN DISTRICT

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: EDMOND E. CHANG

G- BASIC CLAIM MADE: ASSAULT AND DENIAL MEDICAL TREATMENT

H- DEPOSITION: PENDING

I- APPROXIMATE DATE OF DEPOSITION: PENDING


A- NAME OF CASE AND DOCKET NUMBER: 18 CV 1987

B- APPROXIMATE DATE OF FILING LAWSUIT: 2018

C- LIST ALL PLAINTIFFS: FADEEL SHUHAIBER

D- LIST ALL DEFENDANTS: STATE OF ILLINOIS

E- COURT IN WHICH THE LAWSUIT WAS FILED: USDC NORTHERN DISTRICT

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED:  UNKNOWM

G- BASIC CLAIM MADE: CONVICTION ISSUES

H- DEPOSITION: DISMISSED WITH PREJUDICE

I- APPROXIMATE DATE OF DEPOSITION: 2018


A- NAME OF CASE AND DOCKET NUMBER: 18 CV 3289, 19-3244

B- APPROXIMATE DATE OF FILING LAWSUIT: 2019

C- LIST ALL PLAINTIFFS: FADEEL SHUHAIBER

D- LIST ALL DEFENDANTS: IDOC

E- COURT IN WHICH THE LAWSUIT WAS FILED: USDC – 7TH CIRCUIT

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: EDMOND E. CHANG

G- BASIC CLAIM MADE: ADA

H- DEPOSITION: PENDING

I- APPROXIMATE DATE OF DEPOSITION: PENDING


A- NAME OF CASE AND DOCKET NUMBER: 18 –CV 3290

B- APPROXIMATE DATE OF FILING LAWSUIT: 2018

C- LIST ALL PLAINTIFFS: FADEEL SHUHAIBER

D- LIST ALL DEFENDANTS: SHULDA ET AL ;.

E- COURT IN WHICH THE LAWSUIT WAS FILED:  USDC NORTHERN DISTRICT

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: EDMOND E. CHANG

G- BASIC CLAIM MADE: DENIAL OF MEDICAL TREATMENT

H- DEPOSITION: PENDING

I- APPROXIMATE DATE OF DEPOSITION: PENDING


A- NAME OF CASE AND DOCKET NUMBER: 18 CV 3292

B- APPROXIMATE DATE OF FILING LAWSUIT: 2018

C- LIST ALL PLAINTIFFS: FADEEL SHUHAIBER

D- LIST ALL DEFENDANTS: IDOC

E- COURT IN WHICH THE LAWSUIT WAS FILED: USDC NORTHERN DISTRICT

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: UNKNON

G- BASIC CLAIM MADE: CONVICTION ISSUES

H- DEPOSITION: DISMISSED WITH PREJUDICE

I- APPROXIMATE DATE OF DEPOSITION: 2019


A- NAME OF CASE AND DOCKET NUMBER: 19 CC 0791

B- APPROXIMATE DATE OF FILING LAWSUIT: 2019

C- LIST ALL PLAINTIFFS: FADEEL SHUHAIBER

D- LIST ALL DEFENDANTS: IDOC ET AL ; .

E- COURT IN WHICH THE LAWSUIT WAS FILED: STATE COURT OF CLAIMS

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: UNKNOWN

G- BASIC CLAIM MADE: KNOWN

H- DEPOSITION: DISMISSED

I- APPROXIMATE DATE OF DEPOSITION : 2019


A- NAME OF CASE AND DOCKET NUMBER: 19 CC 0790

B- APPROXIMATE DATE OF FILING LAWSUIT: 2019

C- LIST ALL PLAINTIFFS: FADEEL SHUHAIBER

D- LIST ALL DEFENDANTS: IDOC, ET AL ; .

E- COURT IN WHICH THE LAWSUIT WAS FILED: STATE COURT OF CLAIMS

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: DON'T RECAL

G- BASIC CLAIM MADE: DON'T RECAL

H- DEPOSITION: DISMISSED

I- APPROXIMATE DATE OF DEPOSITION: 2019


A- NAME OF CASE AND DOCKET NUMBER: 19 CC 0550

B- APPROXIMATE DATE OF FILING LAWSUIT: 2019

C- LIST ALL PLAINTIFFS: FADEEL SHUHAIBER

D- LIST ALL DEFENDANTS:IDOC ET AL ; .

E- COURT IN WHICH THE LAWSUIT WAS FILED: STATE COURT OF CLAIMS

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: DON'T RECAL

G- BASIC CLAIM MADE:  DON'T RECAL

H- DEPOSITION: DISMISSED

I- APPROXIMATE DATE OF DEPOSITION: 2019


A- NAME OF CASE AND DOCKET NUMBER: 19 CC 0551

B- APPROXIMATE DATE OF FILING LAWSUIT: 2019

C- LIST ALL PLAINTIFFS: FADEEL SHUHAIBER

D- LIST ALL DEFENDANTS: IDOC ET AL ; .

E- COURT IN WHICH THE LAWSUIT WAS FILED: STATE COURT OF  CLAIMS

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: DON'T RECAL

G- BASIC CLAIM MADE: DON'T RECAL

H- DEPOSITION: DISMISSED

I- APPROXIMATE DATE OF DEPOSITION: 2019


A- NAME OF CASE AND DOCKET NUMBER: 19 CC 2061

B- APPROXIMATE DATE OF FILING LAWSUIT: 2019

C- LIST ALL PLAINTIFFS: FADEEL SHUHAIBER

D- LIST ALL DEFENDANTS: IDOC ET AL ; .

E- COURT IN WHICH THE LAWSUIT WAS FILED: STATE COURT OF CLAIMS

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: DON'T RECAL

G- BASIC CLAIM MADE: DON'T RECAL

H- DEPOSITION: DISMISSED

I- APPROXIMATE DATE OF DEPOSITION: 2019


A- NAME OF CASE AND DOCKET NUMBER: 19 CV 0884

B- APPROXIMATE DATE OF FILING LAWSUIT: 2019

C- LIST ALL PLAINTIFFS: FADEEL SHUHAIBER

D- LIST ALL DEFENDANTS: IDOC ET AL ; .

E- COURT IN WHICH THE LAWSUIT WAS FILED: USDC NORTHERN DISTRICT

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: DON'T RECAL

G- BASIC CLAIM MADE:  DON'T RECAL

H- DEPOSITION: DIMISSED WITH PREJUDICE

I- APPROXIMATE DATE OF DEPOSITION: 2019


A- NAME OF CASE AND DOCKET NUMBER: 19 CV 0886

B- APPROXIMATE DATE OF FILING LAWSUIT: 2019

C- LIST ALL PLAINTIFFS: FADEEL SHUHAIBER

D- LIST ALL DEFENDANTS: STATE OF ILLINOIS

E- COURT IN WHICH THE LAWSUIT WAS FILED: USDC NORTHERN DISTRICT

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: DON'T RECAL

G- BASIC CLAIM MADE: CONVICTION ERRORS

H- DEPOSITION: DISMISSED WITH PREJUDICE

I- APPROXIMATE DATE OF DEPOSITION: 2019


A- NAME OF CASE AND DOCKET NUMBER: 19 CV 0879

B- APPROXIMATE DATE OF FILING LAWSUIT: 2019

C- LIST ALL PLAINTIFFS: FADEEL SHUHAIBER

D- LIST ALL DEFENDANTS: IDOC ET AL ; .

E- COURT IN WHICH THE LAWSUIT WAS FILED: USDC NORTHERN DISTRICT

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: DON'T RECAL

G- BASIC CLAIM MADE: DON'T RECAL

H- DEPOSITION: DISMISSED WITH PREJUDICE

I- APPROXIMATE DATE OF DEPOSITION: 2019


A- NAME OF CASE AND DOCKET NUMBER:20 CV 2748

B- APPROXIMATE DATE OF FILING LAWSUIT:

C- LIST ALL PLAINTIFFS: FADEEL SHUHAIBER

D- LIST ALL DEFENDANTS: ICE

E- COURT IN WHICH THE LAWSUIT WAS FILED: USDC NORTHERN DISTRICT

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: EDMOND E. CHANG

G- BASIC CLAIM MADE: U-VISA ELIGIBILITY

H- DEPOSITION: PENDING

I- APPROXIMATE DATE OF DEPOSITION: PENDING


A- NAME OF CASE AND DOCKET NUMBER: 20 CV 50290 / 20 - 2823

B- APPROXIMATE DATE OF FILING LAWSUIT: 10 - 20 20

C- LIST ALL PLAINTIFFS: Fadeel Shuhaiber

D- LIST ALL DEFENDANTS: ICE et al ; .

E- COURT IN WHICH THE LAWSUIT WAS FILED: Court of Appeals, 7th Circuit

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: Unknown

G- BASIC CLAIM MADE: Appeal

H- DEPOSITION: Pending

I- APPROXIMATE DATE OF DEPOSITION: Pending

A- NAME OF CASE AND DOCKET NUMBER: 20 CV 50308

B- APPROXIMATE DATE OF FILING LAWSUIT: 09-20

C- LIST ALL PLAINTIFFS: Fadeel Shuhaiber

D- LIST ALL DEFENDANTS: Daniel Sitkie

E- COURT IN WHICH THE LAWSUIT WAS FILED: USDC- Western Division

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: Reinheart

G- BASIC CLAIM MADE: Habeas Corpus

H- DEPOSITION: Pending

I- APPROXIMATE DATE OF DEPOSITION: Pending

A- NAME OF CASE AND DOCKET NUMBER: 20 CV 6253

B- APPROXIMATE DATE OF FILING LAWSUIT:

C- LIST ALL PLAINTIFFS:

D- LIST ALL DEFENDANTS:

E- COURT IN WHICH THE LAWSUIT WAS FILED:

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED:

G- BASIC CLAIM MADE:

H- DEPOSITION: Terminated

I- APPROXIMATE DATE OF DEPOSITION: 11-08-20

A- NAME OF CASE AND DOCKET NUMBER: 20 CV 50419

B- APPROXIMATE DATE OF FILING LAWSUIT: 11-02-20

C- LIST ALL PLAINTIFFS: Fadeel Shuhaiber

D- LIST ALL DEFENDANTS: United States of America

E- COURT IN WHICH THE LAWSUIT WAS FILED: USDC- Western Division

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: Reinheart

G- BASIC CLAIM MADE: Motion under section 2255

H- DEPOSITION: Pending

I- APPROXIMATE DATE OF DEPOSITION: Pending

A- NAME OF CASE AND DOCKET NUMBER: 20 CV 50403

B- APPROXIMATE DATE OF FILING LAWSUIT: 11-08

C- LIST ALL PLAINTIFFS: Fadeel Shuhaiber

D- LIST ALL DEFENDANTS: Daniel Sitkie, Bill Prim et al;

E- COURT IN WHICH THE LAWSUIT WAS FILED: USDC- Western Division

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: Reinhcart

G- BASIC CLAIM MADE: ADA violations

H- DEPOSITION: Pending

I- APPROXIMATE DATE OF DEPOSITION: Pending

A- NAME OF CASE AND DOCKET NUMBER: UNKNOWN

B- APPROXIMATE DATE OF FILING LAWSUIT: 10. 2020

C- LIST ALL PLAINTIFFS: FADEEL SHUHAIBER

D- LIST ALL DEFENDANTS: COOK COUNTY STATES ATTORNEY

E- COURT IN WHICH THE LAWSUIT WAS FILED: CIRCUIT COURT OF COOK COUNTY

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED:

G- BASIC CLAIM MADE:

H- DEPOSITION:

I- APPROXIMATE DATE OF DEPOSITION:

A- NAME OF CASE AND DOCKET NUMBER: UNKNOWN

B- APPROXIMATE DATE OF FILING LAWSUIT: 10. 2020

C- LIST ALL PLAINTIFFS: FADEEL SHUHAIBER

D- LIST ALL DEFENDANTS: COOK COUNTY STATES ATTORNEY

E- COURT IN WHICH THE LAWSUIT WAS FILED: CIRCUIT COURT OF COOK COUNTY

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED:

G- BASIC CLAIM MADE:

H- DEPOSITION:

I- APPROXIMATE DATE OF DEPOSITION:

A- NAME OF CASE AND DOCKET NUMBER: 15 CR 1941601

B- APPROXIMATE DATE OF FILING LAWSUIT: 09.20.2019

C- LIST ALL PLAINTIFFS: PEOPLE OF THE STATE OF ILLINOIS

D- LIST ALL DEFENDANTS: FADEEL SHUHAIBER

E- COURT IN WHICH THE LAWSUIT WAS FILED: CIRCUIT COURT OF COOK COUNTY

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED:

G- BASIC CLAIM MADE: POST CONVICTION

H- DEPOSITION: PENDING

APPROXIMATE DATE OF DEPOSITION: PENDING

A- NAME OF CASE AND DOCKET NUMBER: Unknown

B- APPROXIMATE DATE OF FILING LAWSUIT: 11 - 11 - 20

C- LIST ALL PLAINTIFFS: Fadeel Shuhaiber

D- LIST ALL DEFENDANTS: Kimberely Foxx, Dolothy Brown

E- COURT IN WHICH THE LAWSUIT WAS FILED: Cook County Circuit Court

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: Unknown

G- BASIC CLAIM MADE: Furnishing False Information to Illinois state Police including conviction Records.

H- DEPOSITION: Pending

I- APPROXIMATE DATE OF DEPOSITION: Pending

A- NAME OF CASE AND DOCKET NUMBER:

B- APPROXIMATE DATE OF FILING LAWSUIT:

C- LIST ALL PLAINTIFFS:

D- LIST ALL DEFENDANTS:

E- COURT IN WHICH THE LAWSUIT WAS FILED:

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED:

G- BASIC CLAIM MADE:

H- DEPOSITION:

I- APPROXIMATE DATE OF DEPOSITION:

A- NAME OF CASE AND DOCKET NUMBER:

B- APPROXIMATE DATE OF FILING LAWSUIT:

C- LIST ALL PLAINTIFFS:

D- LIST ALL DEFENDANTS:

E- COURT IN WHICH THE LAWSUIT WAS FILED:

F- NAME OF JUDGE TO WHOM CASE WAS ASSIGNED:

G- BASIC CLAIM MADE:

H- DEPOSITION:

I- APPROXIMATE DATE OF DEPOSITION:

(IF YOU HAVE MORE LAWSUITS, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED OF FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED).

IV.   STATEMENT OF CLAIM:

On 10.28.2020 I was moved from block 5 section 4 at Mchenry County jail to the booking area and was placed in cell 201. Officer O'Donnell was the one who moved me and assisted me with carrying two out of the three heavy property bins from the third floor to the first floor, off course using an elevator. The cell 201 had a security camera inside but no bed and no ADA toilet and as well was not allowed to have dayroom time not even an hour out and did not have view to the TV to be able to watch. I was forced by the Mchenry County Sheriff for 24/07 lockdown and on that date god only new for how long this will continue. 10.28, 10.29 and 10.30 I was forced to sleep on the floor because there is nowhere else for me to be able to sleep safely and on Friday 10.30 I had a conversation in medical with Amanda Justin who is the head of nurses and the one responsible to provide services for people with special needs like me and explained the situation for her and she claimed that she had conversations with the classification department and that there is nowhere else for me to be placed at that point. I have Nurse Melissa Berkowski as a witness to this conversation. The weekend came and I was forced to sleep on the floor for 10.31 and 11.01 even though I continued to complaint to medical including nurse Shannon, Nurse Traci Green and Nurse Jenni but they could not do anything because it is weekend and no body to call. Between the 10.28 and the 11.01 I as well was denied showers by the officers working classification on top of the dayroom denial and the TV denial and the denial of freedom and liberty that I was forced to go through. I have wrote several requests to ICE explaining the problem and I had as well filed two complaints for constitutional violations with the ICE reporting hotline #9116 on 10.28, 10.30 and 11.02 and made a report with the office of the Inspector General of the Department of Homeland Security on 10.30.20 reporting these violations by the Mchenry County Jail Administration. But on 10.30.20 I was asked by Officer Kaplan to move from cell 201 to cell 101. I have asked this officer and officer Slomme to assist me in moving the property bins that I

have and grab a cart from property, but both offices have refused and instead was told that we have all day and that I can go back and forth and move one by one. Both officers refused to get me a sergeant and was forced to endure salve labor by this ignorant officers to my medical conditions and to my physical disability. A grievance was written G20-673 and the responses was bunch of lies by Sergeant Burke and by the Chief of Corrections Daniel Sitkie. When I have wrote another grievance on Chief Sitkie contending his lies (G20-699) the chief have decided that he does not have to respond and that this issue been already addressed. Hint: the chief lies grieved have never been responded to by Mchenry County Sheriff and their employees including their Chief. These constitutional violations continued between 11.02 and 11.06 being forced to sleep on the floor and no day room and no TV and only stuck between four walls. On Friday 11.06 I have received an unexpected visit from an officer with the classification department called officer Hermie and was told that Sunday 11.08.20 I will go back to my old unit in block 5 section 4. But again it's more lies to advertise by Mchenry county officials and was forced off course for continuing the torture and sleep on the floor and no TV for 11.06 to 11.09.20. I have wrote a request to classification complaining about their lies on Sunday 11.08 but got no response in return until after I was moved back to my old unit after 12 PM on Monday 11.09.20. So the torture and cruel and unusual punishment have been between 10.28.20 to 11.09.20 with no TV, no dayroom and stuck between four walls and forced to sleep on the floor.

## Legal Analysis:

There are several constitutional violations in these complaints. First is a first amendment violation of Title II of the Americans With Disability Act and the Rehabilitation Act by Mchenry County Sheriff, WellPath Health and their medical personnel for denying me services and programs that are included in both statues including bed, shower and other services like the Dayroom, Table and TV. There is no excuses for both defendants to

violate my constitutional rights. They are very aware of my medical conditions and aware of the complaints and aware of the constitutional violations and the Federal statues they are violating and did not do anything for 13 days. ICE have also failed to act and to stop these violations and its clear from the responses of officer Landmeier and officer Saracco knowledge through the complaints I made on the #9116 reports and ICE headquarters are also aware of these violations. Mchenry County have transferred about 40 detainees from block 4 sections 2 to different facilities because of the construction at the facility and ICE had the Chance to transfer me as well and had more than three weeks to do so from the date these detainees were transferred to the date the constitutional violations by the Mchenry County Jail Administrations. But ICE continue to violate my constitutional rights and keep fighting my release from detention (see case # 20cv50308) and I made it clear for ICE in my filings to them including my ICE requests, my complaints on the ICE detention Hotline and through other documents that are Incorporated in my A-file that will be produced by ICE in discovery. The second set of violations are by officers Slomme and Kaplan in their refusal to assist me with moving my property boxes that weigh more than 50 pounds each and forced me to go through severe pain for the following days where I was obliged to take a medication (Indomethacin) that I only take under such conditions where I am in severe pain and their failure to provide services that they offer like a cart they have for such situations and forced me to slave labor while they are standing and watching me and having stupid smile on their faces signaling that they did that on purpose to humiliate me. This is a Fifth Amendment violation of due process rights and 14th amendment violation and first amendment violation of ADA and Rehabilitation Act.

A presidential order entered by Donald Trump on December 2019 (attached is a copy of the order) certifies that the government protect the rights of people with disability under the Americans with Disability

Act of 1964 and Mchenry County Administration and ICE officials are clearly violating this presidential order which can be punished by civil liabilities and even criminal prosecutions if it was proved that they had knowledge of their illegal actions and decided to continue doing it. Mchenry county Sheriff continued to claim that the TV is a privilege and that showers are to be done every three days but they refused to listen to my experience that if the facility is offering these items to their detainees means preventing me from accessing these privileges will be considers violations of equal treatment rights protected by the fourteenth amendment. Their claims that TV is privilege and Showers are to be done every three days are rules of facilities that are classified as segregation facilities like northern reception and classification center and Pontiac Classification Center where the first is considered a receiving zone and the second is a disciplinary facility but this reasoning have no relation to me where I have never violated any rules while in the custody of Mchenry County Sheriff or ICE or both and I was not awaiting disciplinary decisions or actions unless the facility looks at their actions from this perspective which will arise an additional claim against defendants.

For the court's knowledge, Mchenry County Jail constitutes from three floors, first floor is receiving zone, second floor is where county detainees are being held, and third floor is where ICE detainees are being held. This facility have a certification to hold inmates with disabilities including ones using canes, crutches, wheelchairs among other devices and it is expected from this facility to have enough cells to hold detainees with wheelchairs like me but it is clear from the several problems I had with housing in this facility that they don't have enough capacity to hold detainees with wheelchairs. From my knowledge from my stay at this facility since 01.03.2020 I only witnessed three detainees (between County Detainees and ICE Detainees that have wheelchairs) and I expect that they are on ADA status and this only shows the lack of services that

this facility have and the claims provided in this complaint is enough to rise violations of the Title II of the Americans With Disability Act and the Rehabilitation Act where lack or denial of services protected by these statues is a serious violation. WellPath the medical service provider who team with Aramark and Correct Care are very well aware of these violations and I have already enough documents that these medical service providers did not care about my medical conditions and about the violations that I was forced to go through by the Mchenry County Sheriff and there Administration and offered no opinions to my grievances although their identity is grieved in my several grievances attached and this only shows carelessness and inadequate treatment by these medical service providers but only I named WellPath Health because at this point I don't have enough evidence if there is any employees of Aramark or Correct Care that had a part in the violations and complaint documented in this 1983 complaint and will be left to be named in an amended complaint upon discovery of new evidence. Daniel Sitkie the Chief of Corrections is the one who responded to my grievances and lied over and over and failed to act on my complaints and chose to protect his employees even with their clear violations to the constitution of the United States. Sheriff Bill Prim is the Chief of Corrections who put policies in this jail as explained by chief Sitkie in his response to the Habeas Corpus 20cv50308 and its clear that if any decisions made to protect their policies will be Chief Prim who will defend their policies that I clearly being seriously challenged in this complaint and should be named as defendant to issue a statement on why he failed to act on violations to my constitutional rights and for him to state the policies that he implemented and been violated. These policies that been violated or if there was no policies to protect me and my special needs while in their custody means these policies are in violation of the constitution and deemed illegal and should be removed from their rules and regulations. Classification and housing and their

relation in decision makings with the medical service providers is part of the numerous policies being challenged in this complaint.

This complaint is to ensure that my constitutional rights would not be violated by the Mchenry County Sheriff or ICE or any other agency and to ensure that future detainees will have better policies and sets of rules and regulations that protect their rights and provide them with their medical needs without discrimination based on nationality, citizenship, country of origin, religion and sexual orientation and disabilities. And will continue to fight against any person who intentionally, or on purpose and without any justified legal purposes violate my constitutional rights given to me by the constitution of the United States of America.

## V. RELIEF:

1. $ 200,000 DOLLARS FOR PAIN AND SUFFERING, CRUEL AND UNUSUAL PUNISHMENTIN VIOLATION OF THE FOURTEENTH AMENDMENT.
2. $ 150,000 FOR FIRST AMENDMENT VIOLATION
3. $ 150,000 FOR VIOLATION OF THE AMERICANS WITH DISABILITY ACT AND THE REHABILITATION ACT.

VI.   THE PLAINTIFF DEMANDS THAT THE CASE BE TRIED BY A JURY.    YES    NO

## VII.   CERTIFICATION:

BY SIGNING THIS COMPLAINT, I CERTIFY THAT THE FACTS STATED IN THIS COMPLAINT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. I UNDERSTAND THAT THIS CERTIFICATIONIS NOT CORRECT, I MAY BE SUBJECT TO SANCTIONS BY THE COURT.

SIGNED THIS ___13___ DAY OF _November_, 2020

_____

(SIGNATURE OF PLAINTIFF OR PLAINTIFFS)

Fadeel Shuhaiber

(PRINT NAME)

A-209957429/143791

(I.D NUMBER)

McHenry County Jail
2200 N. Seminary Avenue
Woodstock, IL 60098

(ADDRESS)

# McHenry County Sheriff's Adult Correctional Division
## Inmate/Detainee Grievance

709957929
A# _____ SHBB

**Check one** (see back for instructions)

☑ Grievance

☐ Grievance Appeal (A copy of initial grievance response **must** be attached)

Grievance #: 620673

Category: Other

OFFICE USE ONLY
DO NOT WRITE IN THIS BOX

Date: 10.30.20          Jail ID: 143791

Print Name: Faleel Shihaibei          Block/Cell#: 1 - 101

**Describe your concern:** (You are limited to the front of this form only)

I was forced by officer Slemm to move from one cell to the other and carry my own Bed & bedding property to bilding three boxes. This officer and his partner refused to give me help in a shift that they will not do it. I am suffering from Disability to my left leg and ankle and my right arm and shoulder are weight bearing and not allowed to carry more than 5 pounds per Other Classification Award of my Need to an accomodation and then fails to provide it to me. I am suffering of severe pain which forced me to take some pain medication that I been awaiting for the past 60 days. This is a First Amendment violation under the Americans with disability Act and the Rehabilitation Act and before claiming I need to exersise as Dr him advised but these boxes each weight about 50 pounds and Lifting them can pause a risk of dislocation of the Metal inside my arm and shoulder and against any Medical statement.

**Resolution sought:** (Do not leave blank)

For the next time I appreciate a return accomodation and get someone to help me out if these officers want to be lazy and ignorant.

By signing this form, I am indicating that I have read and understand the grievance procedure as outlined in the handbook and on the back of this form.          **Inmate/Detainee Signature:** _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### OFFICIAL USE ONLY – DO NOT WRITE BELOW THIS LINE

Officer – You must explain how you tried to resolve this issue and hand the grievance to a Sergeant.

UNABLE TO RESOLVE

(Print) Officer Name and ID#: BLANKEN          Date/Time Received: 10/30/20 @ 0513

Sergeant – Did the officer attempt to resolve this issue?
Yes ☐  No ☐  If this is not a medical issue, hand grievance back to the officer.

Sergeant – If the officer was unable to resolve this grievance explain how you tried to resolve this issue.

Officer O'Donnell assisted you by carrying 2 of your 3 bins. the other bin was on your lap while he carryed the other 2. Officer O'Donnell stated that you wanted to carry the 1 you did. This is unfounded.

(Print) Sergeant Name Date/Time Reviewed: Sgt Burke #1519 11.1.2020          ☐ Forward to Grievance Coordinator

(Print) Grievance Coordinator Name Date Received: SH1813          Date of Response: 11-2-20

White – Grievance Coordinator          Yellow – Inmate/Detainee          Exhibit - I          Rev: 3/19

# McHenry County Sheriff's Adult Correctional Division
## Inmate/Detainee Grievance

Check one (see back for instructions)

☑ Grievance

☐ Grievance Appeal (A copy of initial grievance response **must** be attached)

| Grievance #: _____ |
| Category: _____ |
| OFFICE USE ONLY |
| DO NOT WRITE IN THIS BOX |

Date: 10.30.20     Jail ID: 143791

Print Name: Fadeel Shuhaiber     Block/Cell#: 1-101

Describe your concern: (You are limited to the front of this form only)

I was forced by officer Glonny to move from one cell to the other and carry my own legal boxes and property totalling three boxes. This officer and his partners refused to give my help and stated that they will not do it. I am suffering from disability to my left leg and knee and my right arm and shoulder are weight bearing and not allowed to carry more than 5 pounds per ortho. Classification aware of my need to an accomodation and then failed to provide it to me. I am suffering of severe pain which forced me to take some pain medication that I been avoiding for the past 60 days. This is a first Amendment violation under the Americans with disability Act and the Rehabilitation Act and before claiming I need to exercise an IV. him advised but these boxes each weight about 50 pounds and lifting them can cause a risk of dislocation of the metal inside my arm and shoulder and against any medical entitlement.

Resolution sought: (Do not leave blank)

For the next time I appreciate be given accomodation and get someone to help my out if your officers going to be lazy and ignorant.

By signing this form, I am indicating that I have read and understand the grievance procedure as outlined in the handbook and on the back of this form.     Inmate/Detainee Signature: _____

**********************************************************************************

### OFFICIAL USE ONLY – DO NOT WRITE BELOW THIS LINE

Officer – You must explain how you tried to resolve this issue and **hand the grievance to a Sergeant.**

UNABLE TO RESOLVE

(Print) Officer Name and ID#: KLANCEN     Date/Time Received: 10/30/20 @ 0513

Sergeant – Did the officer attempt to resolve this issue?
Yes ☐  No ☐ If this is not a medical issue, hand grievance back to the officer.

Sergeant – If the officer was unable to resolve this grievance explain how you tried to resolve this issue.

(Print) Sergeant Name Date/Time Reviewed: _____     ☐ Forward to Grievance Coordinator

(Print) Grievance Coordinator Name Date Received: _____     Date of Response: _____

White – Grievance Coordinator     Yellow – Inmate/Detainee     Rev: 3/19

## McHenry County Sheriff's Adult Correctional Division
### Reclamo de recluso/Detenido A 2099957429

Marque uno (las instrucciones estan en la parte de atras)

☒ Queja

☑ Apelación de Quejas (Se debe adjuntar una copia de la respuesta inicial a la queja)

Fecha: 11/2/20  Identificación de la cárcel 143741

Nobre: _____  Block/Cell#: 1-101

| | |
|---|---|
| Grievance # | G20-6073 |
| Category: | Appeal |
| USO DE LA OFICINA SOLAMENTE NO ESCRIBA EN ESTA CAJA | |

**Describe tu preocupación:** (Usted está limitado únicamente al frente de este formulario)

Your officers are lying, your sergeant is lying and your facility is built on a cloud of lies. I will subpoena these camera footages and I can genuis to sue each named official in this grievance. Your officers are disgrace to the stars they carrying.

**Resolución buscada:** (No dejar en blanco, tienes que escribir algo)

I ask your officer to release security footages related to this grievance and any statement made by any of your officers.

Al firmar este formulario, estoy indicando que he leído y entiendo el procedimiento de quejas como se describe en el manual y en la parte posterior de este formulario. **Firma del preso/Detenido:** _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### OFFICIAL USE ONLY – DO NOT WRITE BELOW THIS LINE

**Officer – You must explain how you tried to resolve this issue and hand the grievance to a Sergeant.**

This Grievance is an appeal to Grievance # 620673 (See Attached) Detainee is Unhappy with out come of Original Grievance, Say's its a Lie and Requests Additional Camera footage for proof.

(Print) Officer Name and ID#: Lucchesi 2131    Date/Time Received: 1810  11/2/2020

**Sergeant – Did the officer attempt to resolve this issue?**
Yes ☐ No ☐ If this is not a medical issue, hand grievance back to the officer.

**Sergeant – If the officer was unable to resolve this grievance explain how you tried to resolve this issue.**

This will be forwarded to the grievance coordinator for Review.

(Print) Sergeant Name Date/Time Received: Sgt. Burke #1519 ☐ Forward to Grievance Coordinator
11-2-2020  1842

Appeal Forwarded to Chief.

(Print) Grievance Coordinator Name Date Received: WM1780 11-4-20  Date of Response: 11-4-20

White – Grievance Coordinator          Yellow – Inmate/Detainee          Rev: 3/19

# McHenry County Sheriff's Adult Correctional Division
## Reclamo de recluso/Detenido

Marque uno (las instrucciones estan en la parte de atras)

☑ Queja

☑ Apelación de Quejas (Se debe adjuntar una copia de la respuesta inicial a la queja)

Fecha: 11.02.20    Identificación de la cárcel 143791

Nobre: Fadeel Shuhaiber    Block/Cell#: L 101

| Grievance #: _____ |
|---|
| Category: _____ |
| USO DE LA OFICINA SOLAMENTE NO ESCRIBA EN ESTA CAJA |

Describe tu preocupación: (Usted está limitado únicamente al frente de este formulario)

Your officers are lying, Your Sergeant is Lying and Your facility is Built on a cloud of lies. I will subpoena these camera footages and I am going to sue each Named official in this grievance. Your officers are disgrace to the Act they carying.

Resolución buscada: (No dejar en blanco, tienes que escribir algo)

I ask your office to release security footages related to this grievance and any statements made by any of your officers

Al firmar este formulario, estoy indicando que he leído y entiendo el procedimiento de quejas como se describe en el manual y en la parte posterior de este formulario. Firma del preso/Detenido: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## OFFICIAL USE ONLY – DO NOT WRITE BELOW THIS LINE

Officer – You must explain how you tried to resolve this issue and **hand the grievance to a Sergeant.**

This Grievance is an appeal to Grievance # 620673 (see Attached) Detainee is Unhappy with out Come of Original Grievance, says its a lie and Requests Additional Camera footage for proof.

(Print) Officer Name and ID#: Lucchesi 2131    Date/Time Received: 1810    11/2/2020

Sergeant – Did the officer attempt to resolve this issue?
Yes ☐    No ☐    If this is not a medical issue, hand grievance back to the officer.

Sergeant – If the officer was unable to resolve this grievance explain how you tried to resolve this issue.

_____

(Print) Sergeant Name Date/Time Received: _____    ☐ Forward to Grievance Coordinator

(Print) Grievance Coordinator Name Date Received: _____    Date of Response: _____

White – Grievance Coordinator    Yellow – Inmate/Detainee    Rev: 3/19



# MCHENRY COUNTY SHERIFF'S OFFICE

2200 N. Seminary Avenue ▪ Woodstock, Illinois 60098
Phone: 815-338-2144      Fax: 815-338-9285
www.mchenrysheriff.org      sheriff@co.mchenry.il.us

**BILL PRIM**
SHERIFF

To:     Detainee Fadeel Shuhaiber      — Bkg

From:  Chief D. Sitkie

Ref:    Appeal Grievance 20-673

Date:  11-04-20

I have read your grievance 20-673 and your appeal as well.  I have also read the Sergeants response to your grievance.

I have reviewed videos from 10-28-20 as well as 10-30-20 when you were moved from cell to cell on those days.
Concerning the day that you are questioning in this grievance would be on 10-28-20.
You first drag out a bin from your cell by yourself---no officer around.  Then go back in your cell and wheel out on your lap a bin and place it on the table in the dayroom---again no officer around.  Then go back in the cell for a 3rd time and come out with a bin on your lap and then come out in the dayroom with it.  Officer O'Donnell then comes in the section.  The Officer then picks up the bin on the floor and you and he go out of the section.  Officer O'Donnell then returns a short time later and gets the bin off the table and leaves.  I then went down to the cell you moved into in booking on video.  You wheel yourself into the cell of your own power with the bin on your lap.  Officer O'Donnell then brings in both bins and leaves.

A couple days later you are moved from this cell (202) and moved to (101) in booking.  Video shows you pack all your stuff up and carry the bins on your lap from cell to cell of your own accord.  You don't ask for help you just pick them up off the ground and off the cement bunk in the cell and place them on your lap and wheel out.  At one time Officer Koplin assisted you with straightening the wheel chair so it could go straight out the door jamb.
I am curious why you did not grieve that move also??  Does not make sense as you seem to have the same capability in both video's and are not arguing or yelling at officers to help you--- just as the other video showed.

Your grievance appeal is unfounded.  Matter closed.

No one here is ignoring you or making your life harder.  You have always been independent in your stay here.  If you need assistance ask for it.  We are not mind readers.  If you are observed picking things up and moving things around and not having problems or issues or asking for help how are we to know you want or need help.
You have to work with us---communication goes a long way.  Thank you.

Chief D. Sitkie

# McHenry County Sheriff's Adult Correctional Division
## Reclamo de recluso/Detenido

Marque uno (las instrucciones estan en la parte de atras)

☐ Queja

☐ Apelación de Quejas (Se debe adjuntar una copia de la respuesta inicial a la queja)

Fecha: 11.04.2: Identificación de la cárcel 143791

Nobre: Fadeel Shihaibe Block/Cell#: 1-101

| Grievance #: 620-694 |
|---|
| Category: Staff Conduct |
| USO DE LA OFICINA SOLAMENTE |
| NO ESCRIBA EN ESTA CAJA |

*[handwritten margin notes: ABOUT APPEAL 20-673 / NOT NEW ISSUE / NOT UNDER 673 / 620.673 / 620.694]*

Describe tu preocupación: (Usted está limitado únicamente al frente de este formulario)

This Grievance is on Chief Sitkie and his response to Grievance # G20-673. The Chief of Corrections Advertise two lies that make his response a failure to Address Grievance issues or a Refusal from his office to Address them. The Chief believes that the Grievance issue came from 10.27.2: ignoring the fact that this Grievance was properly cited 10.30.20 and if it was referring to A different incident then the Grievance would have had a different date. There was nothing happened on 10.27.20 that warrant a Grievable issue. Second lie is where the Chief rehearsed the details of me being moved from E207 to F1011 I believe that he is what time that video in his head and does not exist on reality because I don't know who the lie was written by but I know it was not me and I never been in that cell. So the Chief again painting a picture of lies that can't be proven if any evidence including the videos he reference to which I believe in YouTube videos Not security. These two lies certifies that the Chief office has failed to Address Grievance G20-673 and failed to Act Reasonably.

Resolución buscada: (No dejar en blanco, tienes que escribir algo)

Any videos Referred to by the Chief in his response to G20-673 to be released to my A.S.A. and to release the names of officers that were working Booking Zone on 10.28.20 at 2-10pm shift and on 10.30.20 on 6am-2pm shift

Al firmar este formulario, estoy indicando que he leído y entiendo el procedimiento de quejas como se describe en el manual y en la parte posterior de este formulario. Firma del preso/Detenido: _____

*******************************************************

## OFFICIAL USE ONLY – DO NOT WRITE BELOW THIS LINE

Officer – You must explain how you tried to resolve this issue and **hand the grievance to a Sergeant.**

Unable to resolve at this level

(Print) Officer Name and ID#: Fitzgerald 2184    Date/Time Received: 11-4-2020 @ 1822

Sergeant – Did the officer attempt to resolve this issue?
Yes ☐  No ☒  If this is not a medical issue, hand grievance back to the officer.

Sergeant – If the officer was unable to resolve this grievance explain how you tried to resolve this issue.

FORWARD TO CHIEF    Not Heard. Appeal Answered for 20-673. You Don't Feel it is Resolved Contact your Attorney.

(Print) Sergeant Name Date/Time Received: Sgt. Rotes MR1925 ☒ Forward to Grievance Coordinator
11-4-2020 @ 2055

Forward to chief for appeal review    Matter closed SM6 Contact your Attorney if you feel wronged 11-6-20

(Print) Grievance Coordinator Name Date Received: PM 1813    Date of Response: 11-6-20

# McHenry County Sheriff's Adult Correctional Division
## Reclamo de recluso/Detenido

*Exhibit 2*

Marque uno (las instrucciones estan en la parte de atras)

☐ **Queja**

☑ **Apelación de Quejas** (Se debe adjuntar una copia de la respuesta inicial a la queja)

**Fecha:** 11.04.20    **Identificación de la cárcel** 142791

**Nobre:** Fadel Sholaibi    **Block/Cell#:** 1 – 101

| USO DE LA OFICINA SOLAMENTE |
|---|
| **Grievance #:** G20-677 |
| **Category:** Housing Assigned / Appeal |
| NO ESCRIBA EN ESTA CAJA |

**Describe tu preocupación:** (Usted está limitado únicamente al frente de este formulario)

This is an Appeal to G20-677. You facility is certified by the Government that you can accomidate people with disability and people with special need without any harassme... etc. You response only certifies that you are violating my constitutional rights, and you are aware of the violations and fail to Act and continue to exersize their violations. You had Many options like transfer me to a different facility like you did to All Block tier, section Etc. you didn't request my opinion when I was transferred by ICE from back here Gurnly Jail to your county Jail and will not tell you what to do to avoid a Lawsuit but your excuses have no legal Basis. You have failed to provide me with Necessary Accomidations to my serious Medical needs and denying me services and programs that I am entitled to when I am in your custody. Been forced to sleep on the Fuch Fir 2 rrys by you facility and every Additional day will constitute extra Liability.

**Resolución buscada:** (No dejar en blanco, tienes que escribir algo)

Whatever happening in you facility is not my problem but yours to find a solution to stop violated + Had an Account re my body law + my health

Al firmar este formulario, estoy indicando que he leído y entiendo el procedimiento de quejas como se describe en el manual y en la parte posterior de este formulario. **Firma del preso/Detenido:** _[signature]_

*********************************************************************************

## OFFICIAL USE ONLY – DO NOT WRITE BELOW THIS LINE

Officer – You must explain how you tried to resolve this issue and **hand the grievance to a Sergeant.**

Unable to resolve

**(Print) Officer Name and ID#:** Fitzgerald 2184    **Date/Time Received:** 11-4-2020 @ 1822

Sergeant – Did the officer attempt to resolve this issue?
Yes ☐  No ☑ If this is not a medical issue, hand grievance back to the officer.

Sergeant – If the officer was unable to resolve this grievance explain how you tried to resolve this issue.

GRIEVANCE APPEAL. FORWARD TO CHIEF.

**(Print) Sergeant Name Date/Time Received:** SGT. KOTES PRR2529 Forward to Grievance Coordinator
11-4-2020 @ 2055

Forward to Chief for Appeal Review.

APPEAL ANSWER = (11-6-20) DECISION STANDS. You will Move once Area opens up from project.

**(Print) Grievance Coordinator Name Date Received:** DK 1813    **Date of Response:** 11-6-20

You Already Know This. CHIEF [signature]

(Block 5 is winding up.) (Shold Be Mo DAY.)

White – Grievance Coordinator    Yellow – Inmate/Detainee

*GIVE THIS TO THE INMATE/DETAINEE*

# McHenry County Sheriff's Adult Correctional Division
## Inmate/Detainee Grievance A 2099957429

**Check one** (see back for instructions)

☐ Grievance

☐ Grievance Appeal (A copy of initial grievance response **must** be attached)

| | |
|---|---|
| Grievance #: | G20-677 |
| Category: | Housing Assignment |

OFFICE USE ONLY
DO NOT WRITE IN THIS BOX

**Date:** 10.30.20   **Jail ID:** 143791

**Print Name:** Fadeel Shihaiher   **Block/Cell#:** Unknown -Bkg

**Describe your concern:** (You are limited to the front of this form only)

I have lost my right to TV, Dayroom, showers and freedom since 10.22.20. I am being held by the past three days between four walls and likely to spend the Halloween Weekend under the same living conditions. This is cruel and unusual punishment under the 5, 8, 14th amendment and these actions are considered denial of my right to be treated equality. I have not been served with any disciplinary charges neither I have violated any rules while held at McHenry County Jail. I am being held at McHenry County Jail on Civil Matters not on criminal and this facility have no legal Right to treat me like a criminal. Your facility actions are retaliatory actions in Nature and discrimination and hate against the Immigrants.

**Resolution sought:** (Do not leave blank)

I need to be relieved of these actions and be given the rights that I am entitled to by Law unless you can bring me a Law that make you think you have the Right to treat me in this way.

By signing this form, I am indicating that I have read and understand the grievance procedure as outlined in the handbook and on the back of this form.   **Inmate/Detainee Signature:** _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### OFFICIAL USE ONLY – DO NOT WRITE BELOW THIS LINE

Officer – You must explain how you tried to resolve this issue and **hand the grievance to a Sergeant.**

UNABLE TO RESOLVE

(Print) Officer Name and ID#: BLANKEN 2030   Date/Time Received: 10/31/20 @ 0513

Sergeant – Did the officer attempt to resolve this issue?
Yes ☐ No ☐ If this is not a medical issue, hand grievance back to the officer.

Sergeant – If the officer was unable to resolve this grievance explain how you tried to resolve this issue.

You have been placed in Booking temporarily as all the showers in the facility are being redone. Your current placement is due to your ADA needs. Television is a priveledge, not a right. Showers are available in Booking, including a wheelchair accessible stall. This is only a temporary housing assignment. Please bear with us. Unfounded.

(Print) Sergeant Name Date/Time Reviewed: Brunnel 10/31/20   ☑ Forward to Grievance Coordinator
C0600

GIVE THIS TO THE

(Print) Grievance Coordinator Name Date Received: Amno 11-4-20   Date of Response: 11-4-20

White – Grievance Coordinator   Yellow – Inmate/Detainee   Rev: 3/19

Exhibit 3-

# McHenry County Sheriff's Adult Correctional Division
## Reclamo de recluso/Detenido A20995-7429

Marque uno (las instrucciones estan en la parte de atras)

☑ **Queja**

☐ **Apelación de Quejas** (Se debe adjuntar una copia de la respuesta inicial a la queja)

Grievance #: G-20-693

Category: Housing Assignment

USO DE LA OFICINA SOLAMENTE.
NO ESCRIBA EN ESTA CAJA.

Fecha: 11.2.20  Identificación de la cárcel 143791

Nobre: Tadeel Shubube  Block/Cell#: 1 - 1C1

**Describe tu preocupación:** (Usted está limitado únicamente al frente de este formulario)

For the Sixth Day in a row I am being held between four wall with no cayleam
or cell food or how at as segregation retamensaccesorT, No TL, No Tough Booke.
Tian Kit in segregation or under disciplinary Actions and what you decllame to
my is you are putting limitations on my Liberty and freedom for no legal Reasen and
in violation of my fourteenth Amendment, and fifth Amendment Due process Rights.
Your Actions are Considered torture, Cruel and unusual Punishment and causing
my severy Pain and suffering or you are causing my Mental and psycological
Anger, shame, fear, and Depression, Anxiety and affecting my severly Nie te my PTSD.
Your facility is aware of my Medical and Mental Conditions and yet keep forcing me to
Imy year free - to to declare to have especially when I didn't commit any
violations to be punished in such way.

**Resolución buscada:** (No dejar en blanco, tienes que escribir algo)

Your facility need to discontinue your Actions and to Treat me equally as you
Treat all other Regular ICE detainees.

Al firmar este formulario, estoy indicando que he leído y entiendo el procedimiento de quejas como se describe en el manual y
en la parte posterior de este formulario. **Firma del preso/Detenido:** _____

*********************************************************************************

## OFFICIAL USE ONLY – DO NOT WRITE BELOW THIS LINE

Officer – You must explain how you tried to resolve this issue and **hand the grievance to a Sergeant.**

Detainee is Unhappy with Current living Conditions. Not Able to Resolve at
this level. forward to Grievance Coordinator.

(Print) Officer Name and ID#: Lucchesi 2131      Date/Time Received: 11/2/2020 @ 1900

Sergeant – Did the officer attempt to resolve this issue?
Yes ☐ No ☐ If this is not a medical issue, hand grievance back to the officer.

Sergeant – If the officer was unable to resolve this grievance explain how you tried to resolve this issue.

Forward to Classification For resolution

GIVE THIS TO THE INMATE/DETAINEE

(Print) Sergeant Name Date/Time Received: Sgt Burke
#1579  11.2.2020
@ 1937   See response -

Forwarded to Classification &
Sgt. McCahill.

BM 1458

(Print) Grievance Coordinator Name Date Received: QM1780  11-5-20      Date of Response: 11-6-20

White – Grievance Coordinator      Yellow – Inmate/Detainee      Rev: 3/19

Shuhaiber, Fadeel

ID #143791

Grievance #G20-693

Written: 11-2-20

Received in Classification: 11-2-20

Response written: 11-6-20

Mr. Shuhaiber,

You have been temporarily placed in booking cell 101 due to your keep separates with other detainees in general population. Additionally, the shower restoration project that is being conducted in your former housing unit of 5-4, is scheduled to be completed on Sunday 11-8-20. This temporary housing assignment has been explained to you. We anticipate that you will be moving back into 5-4 on Sunday 11-8-20. You are not being punished in any way. We have an obligation to keep you safe from your keep separates all while taking into consideration your medical needs during construction. Our medical department is aware of your housing assignment as well as Immigration. Due to your medical needs and the ongoing shower restoration project you are housed appropriately. Again, this is only temporary. Your grievance is unfound.

Classification Officer Hermie

# McHenry County Sheriff's Adult Correctional Division
## Reclamo de recluso/Detenido

Marque uno (las instrucciones están en la parte de atras)

☑ **Queja**

☐ **Apelación de Quejas** (Se debe adjuntar una copia de la respuesta inicial a la queja)

Fecha: 11.07.20 Identificación de la cárcel 143791

Nobre: Fadeel Shuhaibar _____ Block/Cell#: 1-107

| | |
|---|---|
| Grievance #: _____ | |
| Category: _____ | |
| USO DE LA OFICINA SOLAMENTE NO ESCRIBA EN ESTA CAJA | |

**Describe tu preocupación:** (Usted está limitado únicamente al frente de este formulario)

Per Grievance Procedures Rules and Regulations I have the right to Grieve any person that respond to the Grievance including Officers, Sergeants and even the Chief. To Legally G lie in an answer is deemed a New Grievable Matter even though they are Connected but the Lying is Not the subject of Initial Grievance. G20-673 is a AND issue Grievance but the one filed 11.04.20 Grieves staff Misconduct (lying) by the Chief of corrections Daniel Sittre two different issues - 2 Grievances and Now they become three Grievances For the Facility Failure to Address 11.04.20 Grievance (3rd Grievance) Dated 11.07.20. Per Grievance process if your officer accept the Grievance and Grievance Coordinator Mailt it with New Number (and in the 11.04 Grievance was Monitored G20-699) For a your chief to provide an answer without doing the Job of Coordinator. Daniel Sittre owes me explanation to issues Grieved on 11.04 and on 11.07 or else these Grievances would be deemed as liability on your behalf and you will Not be worried about me Contacting my Lawyer because I can do better than any Lawyer

**Resolución buscada:** (No dejar en blanco, tienes que escribir algo)

I demand Responses to Grievances filed 11.04 and 11.07 and For you to release any video or security footage that support your answers.

Al firmar este formulario, estoy indicando que he leído y entiendo el procedimiento de quejas como se describe en el manual y en la parte posterior de este formulario. **Firma del preso/Detenido:** _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### OFFICIAL USE ONLY – DO NOT WRITE BELOW THIS LINE

Officer – You must explain how you tried to resolve this issue and **hand the grievance to a Sergeant.**

_____

_____

(Print) Officer Name and ID#: _____ Date/Time Received: _____

Sergeant – Did the officer attempt to resolve this issue?
Yes ☐ No ☐ If this is not a medical issue, hand grievance back to the officer.

Sergeant – If the officer was unable to resolve this grievance explain how you tried to resolve this issue.

_____

_____

_____

_____

(Print) Sergeant Name Date/Time Received: _____ ☐ Forward to Grievance Coordinator

(Print) Grievance Coordinator Name Date Received: _____ Date of Response: _____

White – Grievance Coordinator          Yellow – Inmate/Detainee          Rev: 3/19

# McHenry County Sheriff's Adult Correctional Division
## Reclamo de recluso/Detenido

Marque uno (las instrucciones estan en la parte de atras)

☑ **Queja**

☐ **Apelación de Quejas** (Se debe adjuntar una copia de la respuesta inicial a la queja)

Fecha: 11.07.20 Identificación de la cárcel 143791

Nobre: Fadeel Shuhaibel                    Block/Cell#: 1-101

| Grievance #: _____ |
| Category: _____ |
| USO DE LA OFICINA SOLAMENTE |
| NO ESCRIBA EN ESTA CAJA |

**Describe tu preocupación:** (Usted está limitado únicamente al frente de este formulario)

Per Grievance Procedure Rules and Regulations I have the right to Griave any person that respond to the Grievance including officers, Sergeants and even the Chief. So Legally a lie in an answer is deemed a New Grievable Matter even though they are connected. Like the Living is Not the Subject of Initial Grievance. G20-173 is a AMA issue Grievance but the one filed 11.04.20 Grieves staff Misconduct (lying) by the Chief of Corrections Daniel Sittre two different issues - a Grievance and Now they became their Grievance for the Facility Failure to Address 11.04.20 Grievance (3rd Grievance) Noted 11.07.20. Per Grievance process if your officer accept the Grievance and Grievance Coordinator Mark it with New Number (and in the 11.04 Grievance, was Marked G20-699) Force your chief to provide an answer without doing the job of Coordinator. Daniel Sittre owns me explanation to issue Grieved on 11.04 and on 11.07 or else these Grievances would be deemed as liability on your behalf and you will Not be worried about me contacting my Lawyer because I can do better than any Lawyer.

**Resolución buscada:** (No dejar en blanco, tienes que escribir algo)

I demand Responses to Grievances filed 11.04 and 11.07 and for you to release any Videos or security footage that support your answers.

Al firmar este formulario, estoy indicando que he leído y entiendo el procedimiento de quejas como se describe en el manual y en la parte posterior de este formulario. **Firma del preso/Detenido:** _____

*********************************************************************************

## OFFICIAL USE ONLY – DO NOT WRITE BELOW THIS LINE

**Officer** – You must explain how you tried to resolve this issue and **hand the grievance to a Sergeant.**

_____

(Print) Officer Name and ID#: _____    Date/Time Received: _____

**Sergeant** – Did the officer attempt to resolve this issue?
Yes ☐  No ☐ If this is not a medical issue, hand grievance back to the officer.

**Sergeant** – If the officer was unable to resolve this grievance explain how you tried to resolve this issue.

_____

(Print) Sergeant Name Date/Time Received: _____    ☐ Forward to Grievance Coordinator

(Print) Grievance Coordinator Name Date Received: _____    Date of Response: _____

White – Grievance Coordinator          Yellow – Inmate/Detainee                    Rev: 3/19

# McHenry County Sheriff's Adult Correctional Division
## Inmate/Detainee Grievance

Exhibit - 4 -

A 2099574729

Check **one** (see back for instructions)

☑ **Grievance**

☐ **Grievance Appeal** (A copy of initial grievance response **must** be attached)

Grievance #: G20-1694

Category: Discrimination

**OFFICE USE ONLY**
**DO NOT WRITE IN THIS BOX**

Date: 10/31/20          Jail ID: 143791

Print Name: Tadeel Shihaibel          Block/Cell#: Unknown

**Describe your concern:** (You are limited to the front of this form only)

On 10.28.20, 10.29.20 and 10.29.30 I was forced to sleep on the floor when given disability Medical forms about my serious physical disability and the fact that I use a wheelchair for disablement because of my right shoulder, arm and left leg and knee. McHenry County sheriff and well booth are in violation of title II of the ADA and the Rehabilitation Act in violation of my First Amendment Rights. Your facility have denied me access to bed, access to ADA toilet and access to ADA shower and being forced and punished without receiving any violations of any Rules from the inmate handbook Manual and neither being on disciplinary or segregation status. This is cruel and unusual punishment to a prisoner detained at McHenry County Jail in civil Matters. If your facility is lacking ADA Accessibility environment then you should not be pressing detainees that require these services and Programs. You are violating

**Resolution sought:** (Do not leave blank) Federal Laws and violating your contract with ICE. This facility will need to stop abusing me and take responsibility of your actions. Everything happened in these three days is on camera

By signing this form, I am indicating that I have read and understand the grievance procedure as outlined in the handbook and on the back of this form.     Inmate/Detainee Signature: _____

*********************************************************************************

## OFFICIAL USE ONLY – DO NOT WRITE BELOW THIS LINE

**Officer** – You must explain how you tried to resolve this issue and **hand the grievance to a Sergeant.**

UNABLE TO RESOLVE

(Print) Officer Name and ID#: BLANKEN 2030     Date/Time Received: 10/31/20 @ 0513

**Sergeant** – Did the officer attempt to resolve this issue?
Yes ☐ No ☐ If this is not a medical issue, hand grievance back to the officer.

**Sergeant** – If the officer was unable to resolve this grievance explain how you tried to resolve this issue.
Forward to ADA Coordinator via Grievance Coordinator

GIVE THIS TO THE INMATE/DETAINEE

(Print) Sergeant Name Date/Time Reviewed: Brammel 10/31/20 ☒ Forward to Grievance Coordinator
@ 0600

Forwarded to ADA Coordinator + Sgt. McCahill. DM 1898

See response—
(Print) Grievance Coordinator Name Date Received: (M1780) 11-5-20     Date of Response: 11-6-20

White – Grievance Coordinator          Yellow – Inmate/Detainee          Rev: 3/19

# McHenry County Sheriff's Adult Correctional Division
## Reclamo de recluso/Detenido  A2099957429

Marque uno (las instrucciones estan en la parte de atras)

☑ **Queja**

☐ **Apelación de Quejas** (Se debe adjuntar una copia de la respuesta inicial a la queja)

Fecha: _____  Identificación de la cárcel _____

Nobre: _____  Block/Cell#: _I – 101_

| Grievance #: G20-169 |
| Category: Duplicate |
| USO DE LA OFICINA SOLAMENTE |
| NO ESCRIBA EN ESTA CAJA |

**Describe tu preocupación:** (Usted está limitado únicamente al frente de este formulario)

*[handwritten, partially legible]* For the sixth day now I am being forced to sleep on the floor, because I am being held in confinement that have no Bed (ADA conflict), No ADA Toilet, No ADA Table and nothing in this environment is for a person with severe disability. To like more Medical have been notified on 10/30 and 11/1 and I feel in even and nothing was done. I have spoke to officer Lts Mente and he stated that I might have to deal with it for at least two weeks. These actions are being gone on purpose since the sheriff could find a way this problem and failed to Act which is seen as a negligence in violation of my 5th Amendment Due process rights. There also are considered first Amendment violation of Title II of the ADA and the Rehabilitation Act when your facility is failing to provide the Major programs and services protected by these two statutes and your facility is obligated to provide them to me and for me to be free of discrimination by your facility based on my disability.

**Resolución buscada:** (No dejar en blanco, tienes que escribir algo)

*[handwritten]* I ask your facility to stop these violations immediately and if you can't provide these programs and services then you will need to coordinate with ICE to either transfer me or release me.

Al firmar este formulario, estoy indicando que he leído y entiendo el procedimiento de quejas como se describe en el manual y en la parte posterior de este formulario. **Firma del preso/Detenido:** _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## OFFICIAL USE ONLY – DO NOT WRITE BELOW THIS LINE

**Officer – You must explain how you tried to resolve this issue and hand the grievance to a Sergeant.**

Detainee is unhappy with housing Accomadations. Can Not Resolve at this level. Foward to Grievance Coordinator.

(Print) Officer Name and ID#: _Lucchesi  2131_     Date/Time Received: _11/2/2020 @ 1800_

**Sergeant – Did the officer attempt to resolve this issue?**
Yes ☐  No ☐  If this is not a medical issue, hand grievance back to the officer.

**Sergeant – If the officer was unable to resolve this grievance explain how you tried to resolve this issue.**

Forward to classification for Resolution

(Print) Sergeant Name Date/Time Received: _Sgt Burke_     ☐ Forward to Grievance Coordinator

Duplicate Grievance - #1519   11.2.2020 *This issue is being
\* Forwarded to ADA Coordinator   @1937  looked into, you must
~ Sgt. McCahill   wait for a response. @mrno

(Print) Grievance Coordinator Name Date Received: _@M1780 11-5-20_   Date of Response: _11-6-20_

White – Grievance Coordinator        Yellow – Inmate/Detainee        Rev: 3/19

## MCHENRY COUNTY ADULT CORRECTIONS FACILITY

### GRIEVANCE RESPONSE AND/OR DECISION

INMATE OR DETAINEE NAME: Shuhaiber, Fadeel

DATE OF GRIEVANCE ON FORM: 10/30/20

GRIEVANCE NUMBER (IF ASSIGNED/ NO ISSUES): G20-694

DATE OF GRIEVANCE RECEIVED: (EXCLUDES WEEKENDS AND HOLIDAYS): 10/31/2020

**#1.** GRIEVANCE FILLED OUT AND ACCEPTABLE: ☒ YES (PROCEED TO **#2**)    ☐ NO (PROCEED TO **#3**)

**#2.** GRIEVANCE RESPONSE TO GRIEVANCE NUMBER: Unfounded

---

SHUHAIBER, FADEEL

At no point were you required to sleep on the floor. There is a bench in the large holding cell you are housed in. As you well know, the facility has been undergoing a remodeling project and space is very limited at this point. The decision to house you in booking was the best and only option at that time. Immigration and Medical were both aware and did not oppose the house solution. This is a temporary inconvenience and will be resolved on Sunday 11/8/20 when the Medical Unit is operational and you are moved back there.

Your Grievance is Unfounded

Ofc. Veneziano
ADA/Classification

---

☐ **YOUR GRIEVANCE IS BEING LOOKED INTO BY ANOTHER PARTY. YOU WILL RECEIVE A RESPONSE SHORTLY. REFER TO YOUR HAND BOOK FOR TIME FRAME AND SEE BELOW AS WELL.**

**(30 DAYS FOR NON-MEDICAL ISSUES)**

**(30 DAYS FOR MEDICAL COST ISSUES / MEDICAL PERSONNEL ISSUES)**

**(5 DAYS FOR MEDICAL ISSUES--- EXCLUDING WEEKENDS AND HOLIDAYS)**

**#3.**

Case: 3:20-cv-50454 Document #: 1 Filed: 11/19/20 Page 38 of 38 PageID #:38

'S FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

BIG BEND

Aorta 2062

**UNITED STATES POSTAL SERVICE**®

# RIORITY MAIL

te of delivery specified*

PS TRACKING™ included to many major
rnational destinations.

ited international insurance.

k up available.*

er supplies online.*

en used internationally, a customs
claration label may be required.

omestic only

**FROM:** FADEEL SHUHAIBER
A-209 957 429
McHenry County Jail
2200 North Seminary Avenue
Wood Stock, IL 60098

**TO:** United States District Court
Northern District Of Illinois
Western Division
327 South Church Street
Rockford, IL 61101

To schedule free
Package Pickup,
scan the QR code.





USPS.COM/PICKUP

S00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2