**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

**FILED**
3/18/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Fadeel Shuhaiber,

Plaintiff(s),

v.

Bill Prim et al,

Defendant(s).

Case No.  20 cv 50454
Judge Philip G. Reinhard

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

which  ☐ includes    pre–judgment interest.
        ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒    other: Case is dismissed without prejudice for failure to pay the filing fee LR 3.3(f).

---

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Philip G. Reinhard for summary dismissal.

Date:  3/18/2021           Thomas G. Bruton, Clerk of Court

Jaclyn Pieczkiewicz , Deputy Clerk